Entered on Docket June 12, 2015

**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | IN CHAPTER 13 PROCEEDING NO. 13-15195-TWD |
|---|---|
| BRITTNEY ANN JONES, | AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS CASE |
| Debtor(s). | |

THIS MATTER came before the Court on the Chapter 13 Trustee's Motion to Dismiss Case (ECF No. 108). Based on the agreement of the parties, it is

ORDERED that:

1) By June 26, 2015, the debtor shall pay her 2014 ($978.00) tax refund to the Trustee. The funds must be received and posted by the Trustee by June 26, 2015;

2) If the debtor fails to comply with this order, the Trustee may submit an ex parte order dismissing this case;

3) This order does not excuse any plan payment delinquency; and

4) This order does not affect the rights of creditors or parties in interest under the terms of the debtors' plan.

/ / /End of Order/ / /

AGREED ORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124


Approved:

*/s/ Mark McClure* [approved via email]
Mark McClure, WSBA #24393
Attorney for Debtor(s)

AGREEDORDER RESOLVING
TRUSTEE'S MOTION TO DISMISS
CASE - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 13-15195-TWD    Doc 116    Filed 06/12/15    Ent. 06/12/15 13:51:52    Pg. 2 of 2